[No. 29164-5-I.   Division One.   July 26, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY KEITH
GRIFFIN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-05931-2, Norma Smith Huggins, J., entered
September 10, 1991. *Affirmed* by unpublished opinion per
Baker, J., concurred in by Kennedy and Agid, JJ.

[No. 27890-8-I.   Division One.   July 26, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN LEE
GARTHE, *Appellant*.

Appeal from a judgment of the Superior Court for Snoho-
mish County, No. 90-1-00872-4, Gerald L. Knight, J., entered
February 21, 1991. *Affirmed* by unpublished opinion per
Pekelis, A.C.J., concurred in by Scholfield and Baker, JJ.

[No. 27570-4-I.   Division One.   July 26, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. MARLIN R.
JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit
County, No. 89-1-00274-3, John E. Rutter, J., entered Decem-
ber 17, 1990. *Affirmed* by unpublished opinion per Baker, J.,
concurred in by Coleman and Agid, JJ.